# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| DAVID J. HAMMOND, O.D. | § | |
| | § | |
| V. | § | No. 5:07CV78 |
| | § | |
| PEARLE VISION, INC. | § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, Pearle's Motion to Equalize Briefing Relating to Motion for Summary Judgment (Docket Entry #622) was referred to the Honorable Caroline M. Craven for the purposes of hearing and determining said motion. The Court, having reviewed the motion and the response, is of the opinion the motion should be **DENIED**. Accordingly, it is

**ORDERED** that Pearle's Motion to Equalize Briefing Relating to Motion for Summary Judgment (Docket Entry #622) is **DENIED**.

SIGNED this 22nd day of October, 2008.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE